**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LIAM PEADAR CAIN,

  Plaintiff,

v.                                                                          CASE NO.: 8:25-cv-00774-WFJ-LSG

EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS
UNION LLC,

     Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, LIAM PEADAR CAIN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this June 27, 2025.

                                                  **/s/ Octavio Gomez**
                                                  Octavio "Tav" Gomez
                                                  Florida Bar No.: 0338620
                                                  Georgia Bar No.: 617963
                                                  Pennsylvania No.: 325066
                                                  The Consumer Lawyers PLLC
                                                  501 E. Kennedy Blvd, Ste 610
                                                  Tampa, Fl 33602

Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Tav@theconsumerlawyers.com<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 27th of June, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**<br>
Octavio "Tav" Gomez<br>
Florida Bar No.: 0338620<br>
The Consumer Lawyers PLLC<br>
*Attorney for Plaintiff*